```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 07 B 11660
    JEROME KERSEY
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

        Debtor
    SSN XXX-XX-7609

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 06/29/2007 and was confirmed 09/05/2007.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  13.00%.

    The case was dismissed after confirmation 11/21/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------------
NISSAN MOTOR ACCEPTANCE    SECURED VEHIC         .00           .00            .00
NISSAN MOTOR ACCEPTANCE    UNSECURED       NOT FILED           .00            .00
AMERICAN EXPRESS CENTURI   UNSECURED          547.13           .00            .00
CITY OF CHICAGO PARKING    UNSECURED         1410.00           .00            .00
HOME EQ SERVICING-MONEY    UNSECURED       NOT FILED           .00            .00
OCWEN FINANCIAL SERVICES   UNSECURED       NOT FILED           .00            .00
SEARS                      UNSECURED       NOT FILED           .00            .00
ILLINOIS DEPT OF REVENUE   PRIORITY           374.00           .00            .00
WELLS FARGO FINANCIAL IL   SECURED NOT I      596.22           .00            .00
INTERNAL REVENUE SERVICE   PRIORITY          4319.18           .00            .00
INTERNAL REVENUE SERVICE   UNSECURED         4776.06           .00            .00
DEBRA J VORHIES LEVINE     DEBTOR ATTY          .00                           .00
TOM VAUGHN                 TRUSTEE                                            .00
DEBTOR REFUND              REFUND                                          128.00

    Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                    128.00

PRIORITY                                            .00
SECURED                                             .00
UNSECURED                                           .00
ADMINISTRATIVE                                      .00
TRUSTEE COMPENSATION                                .00
DEBTOR REFUND                                    128.00
                         ---------------      ---------------
TOTALS                     128.00                128.00
```

            PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 11660 JEROME KERSEY

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 02/27/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE